**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Security First Corp.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 03-0396286 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **27762 Antonio Parkway, Suite L1 #442**<br>**Ladera Ranch, CA 92694**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **www.securityfirstcorp.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Security First Corp.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>511210</u>

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ A plan is being filed with this petition.

☑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| | Debtor | | | | Relationship | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number, if known | |

Debtor  **Security First Corp.**
_____   Case number (*if known*) _____
Name

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☑ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **Security First Corp.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/31/2020
            MM / DD / YYYY

**X** */s/ Pankaj Parekh*
Signature of authorized representative of debtor

**Pankaj Parekh**
Printed name

Title    **Chief Executive Officer**

**18. Signature of attorney**

**X** */s/ William D. Sullivan*            Date  08/31/2020
Signature of attorney for debtor                  MM / DD / YYYY

**William D. Sullivan, Esq.**
Printed name

**Sullivan Hazeltine Allinson LLC**
Firm name

**919 North Market Street, Suite 420**
**Wilmington, DE 19801**

Number, Street, City, State & ZIP Code

Contact phone    **(302) 428-8191**    Email address    **bsullivan@sha-llc.com**

**No. 2820 - Delaware**
Bar number and State

**SECURITY FIRST CORP.**
**WRITTEN CONSENT OF THE BOARD OF**
**DIRECTORS**

The undersigned, being all of the members of the Board of Directors (the "**Board**") of Security First Corp., a Delaware corporation (the "**Company**"), in accordance with and pursuant to the Delaware General Corporation Law and the Certificate of Incorporation and Bylaws of the Company, and without the formality of convening a meeting, consent to the adoption of the following resolutions:

**WHEREAS,** the Board has reviewed the financial records of the Company, has considered the business and financial condition of the Company, and is aware of the assets, liabilities, potential liabilities and liquidity of the Company; and has had the opportunity to consult with the management and advisors of the Company and fully considered all of the strategic alternatives available to the Company; and

**WHEREAS,** as a result of the Company's current financial situation, it appears that it is necessary to file for reorganization of the Company under chapter 11 (the "**Bankruptcy**") of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

**AUTHORIZATION TO FILE VOLUNTARY**
**PETITION UNDER CHAPTER 11**

**IT IS THEREFORE, RESOLVED,** that the Board has determined in its judgment that it is desirable and in the best interests of the Company, its creditors, and other interested parties to commence the Bankruptcy; and it is

**FURTHER RESOLVED,** that the President and Chief Executive Officer of the Company, together with any other person or persons hereafter designated in writing by the

[02228485]

1

Board (each individually an **"Authorized Officer"** and collectively the **"Authorized Officers"**), alone or with one or more other Authorized Officers be, and hereby are, authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists, motions, applications, pleadings and other papers or documents as necessary to commence the Bankruptcy, and to take any and all further acts and deeds that they deem necessary, proper and desirable in connection with the Bankruptcy, with a view to the successful prosecution of such case; and it is

**FURTHER RESOLVED,** that the Authorized Officers be, and each of them hereby is, authorized and empowered to, in the name and on behalf of the Company, to negotiate, make, execute and deliver, either jointly or severally, any and all debtor-in-possession loan documents, and any and all amendments, supplements, modifications, extensions, renewals, replacements, agreements, documents and instruments relating to the foregoing, subject to any requisite Bankruptcy Court approval; and it is

**FURTHER RESOLVED,** that the law firm of Sullivan Hazeltine Allinson LLC ("**SHA**") is hereby engaged as general bankruptcy counsel to assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements and to cause to be filed an appropriate application for authority to retain the services of SHA; and it is

**FURTHER RESOLVED,** that the Authorized Officers be, and each of them hereby is, authorized and empowered to, in the name and on behalf of the Company, to retain or continue to employ such other professionals as they deem necessary, proper or desirable during the course of the Bankruptcy, subject to any requisite Bankruptcy Court approval.

[02228485]

2

Case 20-12053-BLS    Doc 1    Filed 08/31/20    Page 7 of 23

## RATIFICATION OF ALL PRIOR AND FUTURE ACTIONS

**IT IS THEREFORE, RESOLVED,** that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers or their designees shall be, and each of them, acting alone, hereby is, authorized and empowered, in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments, and other documents and to pay all expenses, including filing fees, in each case as in such officer or officers' judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the foregoing resolutions; and it is

**FURTHER RESOLVED,** that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects ratified and approved; and it is

**FURTHER RESOLVED,** that this Written Consent shall serve in lieu of a special meeting of the Board and the undersigned hereby waives all requirements as to notice of a meeting.

[02228485]

**IN WITNESS WHEREOF,** the undersigned Directors of the Board hereby evidence their written consent to the foregoing resolutions effective as of this August 27, 2020.

Pankaj Parekh

Rick Orsini

[02228485]

**IN WITNESS WHEREOF,** the undersigned Directors of the Board hereby evidence their written consent to the foregoing resolutions effective as of this August 29, 2020.

_____
Pankaj Parekh

_____
Rick Orsini

# United States Bankruptcy Court
## District of Delaware

In re    **Security First Corp.**

                                           Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Security First Corp.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Topspin SFC Holdings, LLC**
**c/o Euclidean Capital LLC**
**160 Fifth Avenue, 9th Floor**
**New York, NY 10010**

☐ None [*Check if applicable*]

Date    8/29/2020

William D. Sullivan (No. 2820)
Signature of Attorney or Litigant
Counsel for    Security First Corp.
Sullivan Hazeltine Allinson LLC
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191
Fax:(302) 428-8195
Email: bsullivan@sha-llc.com

# United States Bankruptcy Court
### District of Delaware

In re  **Security First Corp.**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| 2009 Berkeley Family Resource Trust<br>301 Northfield Place<br>Baltimore, MD 21210 | | | Stockholder |
| Alfred & Muriel Berkeley<br>301 Northfield Place<br>Baltimore, MD 21210 | | | Stockholder |
| Alfred & Muriel Berkeley<br>Survivorship Trust<br>301 Northfield Place<br>Baltimore, MD 21210 | | | Stockholder |
| Alfred & Muriel Berkeley TEN ENT<br>301 Northfield Place<br>Baltimore, MD 21210 | | | Stockholder |
| Alfred R. Berkeley III<br>301 Northfield Place<br>Baltimore, MD 21210 | | | Stockholder |
| Banco Santander (Suisse) SA,<br>as Custodian for Auber Investments Ltd.<br>5-7 Rue Ami-levrier-<br>Case Postale 1256<br>1211 Geneve 1 | | | Stockholder |
| Benjamin Harris Investment Trust<br>c/o Wendi Chapman<br>BNY Mellon, N.A<br>201 Washington Street, 6th Fl.<br>Boston, MA 02108 | | | Stockholder |
| Bowen Simons Revocable Trust<br>301 Mission St., Unit 17A<br>San Francisco, CA 94105 | | | Stockholder |
| Charles S. Zuker<br>2828 Broadway, Apt. 11B<br>New York, NY 10025 | | | Stockholder |
| Colin O'Reilly<br>6454 SW 102nd St.<br>Miami, FL 33156 | | | Stockholder |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re:   **Security First Corp.**                                                    Case No.
                                                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Cooper Road LLC**<br>**9 Cooper Road**<br>**Scarsdale, NY 10583** | | | **Stockholder** |
| **Coydog Foundation**<br>**c/o Family Office Solutions**<br>**P.O. Box 2532**<br>**Mount Pleasant, SC 29465** | | | **Stockholder** |
| **DASA Investments LLC**<br>**c/o Family Office Solutions**<br>**P.O. Box 2532**<br>**Mount Pleasant, SC 29465** | | | **Stockholder** |
| **David E. Lakoff**<br>**33 Laurel Hill Road**<br>**Mountain Lakes, NJ 07046** | | | **Stockholder** |
| **David E. Lees**<br>**619 Rose Lane**<br>**Bryn Mawr, PA 19010** | | | **Stockholder** |
| **David Harris Investment Trust**<br>**c/o Wendi Chapman**<br>**BNY Mellon, N.A.**<br>**201 Washington Street, 6th Fl.**<br>**Boston, MA 02108** | | | **Stockholder** |
| **David O'Reilly**<br>**100 Eagle Valley**<br>**Enniskerry, Co Wicklow**<br>**Ireland** | | | **Stockholder** |
| **David Okst**<br>**103 Oakes Street**<br>**Port Jefferson, NY 11777** | | | **Stockholder** |
| **Dean C. Kehler**<br>**1115 Fifth Avenue**<br>**New York, NY 10128** | | | **Stockholder** |
| **Elizabeth Crawford**<br>**250 S. 13th Street #14 B**<br>**Philadelphia, PA 19107** | | | **Stockholder** |
| **Eric Altmann**<br>**1173A Second Avenue**<br>**#155**<br>**New York, NY 10065** | | | **Stockholder** |

List of equity security holders consists of 7 total page(s)

In re: **Security First Corp.**            Case No. _____

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Grandprix Limited**<br>**c/o Loeb Block & Partners L.P.**<br>**Attn: Herbert M. Selzer**<br>**505 Park Ave., 8th Floor**<br>**New York, NY 10022** | | | **Stockholder** |
| **Gyenes & Co. Inc. Retirement Fund**<br>**185 E. 85th Street**<br>**New York, NY 10028** | | | **Stockholder** |
| **H.W. Rautenberg**<br>**17 Merrill Brook Drive**<br>**Scarborough, ME 04074** | | | **Stockholder** |
| **Hellman, Jordan Management Co. Inc.,**<br>**Profit Sharing and 401(K) Plan FBO**<br>**Gerald R. Jordan, Jr.**<br>**125 High Street, Suite 801**<br>**Boston, MA 02110** | | | **Stockholder** |
| **Ira Freidman**<br>**121 Sunesta Cove Drive**<br>**Palm Beach Gardens, FL 33418** | | | **Stockholder** |
| **James W. Harpel**<br>**c/o Palm Beach Capital Partners**<br>**525 South Flagler Drive**<br>**Suite 201**<br>**West Palm Beach, FL 33401** | | | **Stockholder** |
| **Jasper Wu**<br>**44959 Washo  Court**<br>**Fremont, CA 94539** | | | **Stockholder** |
| **Kim Majikes**<br>**1904 Steam Ridge Court**<br>**Apex, NC 27523** | | | **Stockholder** |
| **Koninklijke Philips N.V.**<br>**Amstelplein, 1 Rembrandt Tower**<br>**Amsterdam, 1070**<br>**Netherlands** | | | **Stockholder** |
| **LC Meythaler Investment Partners**<br>**52 Lakeview Avenue**<br>**Unit #19**<br>**New Canaan, CT 06840** | | | **Stockholder** |

List of equity security holders consists of 7 total page(s)

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re:   **Security First Corp.**

Debtor(s)

Case No. _____

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Leo A. Guthart<br>96 Willets Road<br>Old Westbury, NY 11568 | | | Stockholder |
| LG Management, LLC<br>96 Willets Road<br>Old Westbury, NY 11568 | | | Stockholder |
| LTE Partners LLC<br>One Bryant Park<br>39th Floor<br>New York, NY 10036 | | | Stockholder |
| Margaret E. Coleman<br>6 Brookside Drive<br>Manhasset, NY 11030 | | | Stockholder |
| Mark S. O'Hare<br>8 Kennedy Ct<br>Trabuco Canyon, CA 92679 | | | Stockholder |
| Maurice Pinto<br>D-86 Albion Riverside 8 Hester Road<br>London SW11 4 AW<br>United Kingdom | | | Stockholder |
| Michael G. Maselli<br>34 Rockledge Drive<br>Pelham Manor, NY 10803 | | | Stockholder |
| Michael Schmickle<br>c/o Palm Beach Capital Partners<br>525 South Flagler Drive<br>Suite 201<br>West Palm Beach, FL 33401 | | | Stockholder |
| Paras Traganos<br>2116 Abalone Avenue<br>Indialantic, FL 32903 | | | Stockholder |
| Peter Gyenes<br>40 Heath Hill<br>Brookline, MA 02445 | | | Stockholder |
| Raymond P. Ginther<br>2 East End Avenue<br>New York, NY 10075 | | | Stockholder |

In re:   **Security First Corp.**

Case No. _____

_____
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Rebekah Mercer & Sylvain Mirochnikoff<br>240 Riverside Boulevard Apt. 24A<br>New York, NY 10069 | | | Stockholder |
| Richard M. Berkeley<br>110 Castlewood Road<br>Baltimore, MD 21210 | | | Stockholder |
| Richard M. Berkeley Trust<br>110 Castlewood Road<br>Baltimore, MD 21210 | | | Stockholder |
| Richard Ulmer<br>5 Petroglyph Place<br>Placitas, NM 87043 | | | Stockholder |
| Robert Leroy Mercer<br>240 Riverside Boulevard Apt. 24A<br>New York, NY 10069 | | | Stockholder |
| Roger & Margaret Coleman JT Ten<br>6 Brookside Drive<br>Manhasset, NY 11030 | | | Stockholder |
| Roger T. Coleman<br>6 Brookside Drive<br>Manhasset, NY 11030 | | | Stockholder |
| Roger V. Coleman as Custodian<br>For John T. Coleman<br>6 Brookside Drive<br>Manhasset, NY 11030 | | | Stockholder |
| Roger V. Coleman as Custodian<br>for Theresa M. Coleman<br>6 Brookside Drive<br>Manhasset, NY 11030 | | | Stockholder |
| Roger V. Coleman Family Foundation Inc.<br>6 Brookside Drive<br>Manhasset, NY 11030 | | | Stockholder |
| Roger V. Coleman FBO John T. Coleman<br>6 Brookside Drive<br>Manhasset, NY 11030 | | | Stockholder |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re:  **Security First Corp.**

_____
Debtor(s)

Case No. _____

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **ROLA Investments LLC**<br>**c/o Family Office Solutions**<br>**P.O. Box 2532**<br>**Mount Pleasant, SC 29465** | | | **Stockholder** |
| **SOS & Co.**<br>**4800 Main Street**<br>**Suite 100**<br>**Kansas City, MO 64112** | | | **Stockholder** |
| **Stephen Perlbinder**<br>**400 E. 54th Street**<br>**New York, NY 10022** | | | **Stockholder** |
| **Straus Family Trust**<br>**1460 Maria Lane**<br>**Suite 420**<br>**Walnut Creek, CA 94596** | | | **Stockholder** |
| **The Elizabeth Kehler 2012 Family Trust**<br>**Under Declaration Dated**<br>**December 21, 2012**<br>**1115 Fifth Avenue**<br>**New York, NY 10128** | | | **Stockholder** |
| **The JP 18 Trust**<br>**60 Terracina Avenue**<br>**North Miami Beach, FL 33160** | | | **Stockholder** |
| **The Kobak Family Limited Partnership**<br>**1331 Brickell Bay Drive**<br>**Apt. 1701**<br>**Miami, FL 33131** | | | **Stockholder** |
| **The Stanko Barle Revocable Trust**<br>**2 Old Field Woods Road**<br>**East Setauket, NY 11733** | | | **Stockholder** |
| **The Terri L. Ball Revocable Trust**<br>**17 Merrill Brook Drive**<br>**Scarborough, ME 04074** | | | **Stockholder** |
| **Thomas J. Leshko**<br>**9010 Fort Craig Drive**<br>**Burke, VA 22015** | | | **Stockholder** |
| **Topspin Associates, L.P.**<br>**3 Expressway Plaza, Suite 100**<br>**Roslyn Heights, NY 11568** | | | **Stockholder** |

List of equity security holders consists of 7 total page(s)

In re:   **Security First Corp.**

Debtor(s)

Case No.

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Topspin Partners, L.P.<br>3 Expressway Plaza, Suite 100<br>Roslyn Heights, NY 11568 | | | Stockholder |
| Topspin SFC Holdings, LLC<br>c/o Euclidean Capital LLC<br>160 Fifth Avenue, 9th Floor<br>New York, NY 10010 | | | Stockholder |
| Wesley W. Barton<br>139 N. 10th Street, #4B<br>Brooklyn, NY 11249 | | | Stockholder |
| William Goodwin<br>22656 Spring Lake Lane<br>Lake Forest, CA 92630 | | | Stockholder |
| Zug Ventures LLC<br>c/o Kathy Cook<br>Fusion Group<br>132 Turnpike Road, Suite 100<br>Southborough, MA 01772 | | | Stockholder |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    8/29/2020

Signature    _Pankaj Parekh_
**Pankaj Parekh**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**Fill in this information to identify the case:**

Debtor name _____ Security First Corp. _____

United States Bankruptcy Court for the: _____ District of __ Delaware __
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Westerman Ball Ederer Miller Zucker & Sharfstein, LLP 1201 RXR Plaza Uniondale, NY 11556 | | Legal Services | | | | $150,000.00 |
| 2 | Haley Guiliano LLP 75 Broad Street, Suite 100 New York, NY 10004 | | Legal Services | | | | $54,349.00 |
| 3 | Aon Consulting, Inc. (NJ) 29695 Network Place Chicago, IL 60673-1296 | | Consulting Services | | | | $20,309.42 |
| 4 | Zoominfo 805 Broadway Street, Suite 900 Vancouver, WA 98660 | | Trade Debt | Disputed | | | $18,000.00 |
| 5 | Lilling & Company LLP Two Seaview Boulevard Port Washington,  NY 11050 | | Trade Debt | | | | $15,000.00 |
| 6 | Immix Group EC America Inc. PO BOX 412190 Boston, MA 02241 | | Trade Debt | Disputed | | | $8,000.00 |
| 7 | Nixon Peabody LLP One Embarcadero Center, 32nd Fl. San Francisco, CA 09410-3600 | | Legal Services | Unliquidated | | | $7,500.00 |
| 8 | | | | | | | |

**Fill in this information to identify the case and this filing:**

Debtor Name ___Security First Corp.___

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __8/29/20__
MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

Pankaj Parekh
Printed name

Chief Executive Officer
Position or relationship to debtor

## United States Bankruptcy Court
### District of Delaware

In re   **Security First Corp.**

                                    Debtor(s)

Case No.
Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   8/29/20

Pankaj Parekh/Chief Executive Officer
Signer/Title

AON CONSULTING INC (NJ)
29695 NETWORK PLACE
CHICAGO, IL 60673-1296


AYSEGUL BERENSON
25391 MUSTANG DRIVE
LAGUNA HILLS, CA 92653


CONSUMER PROTECTION SECTION
ATTN: BANKRUPTCY NOTICES
CALIFORNIA ATTORNEY GENERAL'S OFFICE
455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004


WILLIAM CROWELL
41343 RASPBERRY DRIVE
LEESBURG, VA 20176

DELAWARE STATE TREASURY
820 SILVER LAKE BOULEVARD SUITE 100
DOVER, DE  19904


EXTRASPACE STORAGE
30 TERRACE ROAD
LADERA RANCH, CA 92694


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA  19101-7346


GUARDIAN
PO BOX 677458
DALLAS, TX 75267-7457


HALEY GUILIANO LLP
75 BROAD STREET, SUITE 100
NEW YORK, NY 10004

IBM CORPORATION
K03 G2C
650 HARRY ROAD
SAN JOSE, CA 95120


IMMIX GROUP
EC AMERICA INC.
PO BOX 412190
BOSTON, MA 02241


IRON MOUNTAIN INTELLECTUAL PROPERTY MGT
P.O. BOX 27128
NEW YORK, NY 10087-7128


KATHY JENNINGS, ESQ.
ATTORNEY GENERAL
STATE OF DELAWARE
CARVEL STATE OFFICE BUILDING
820 NORTH FRENCH STREET
WILMINGTON, DE 19801


LILLING & COMPANY LLP
TWO SEAVIEW BOULEVARD
PORT WASHINGTON, NY 11050


NIXON PEABODY LLP
ONE EMBARCADERO CENTER, 32ND FLOOR
SAN FRANCISCO, CA 09410-3600


RICHARD ORSINI
2100 KINGS FOREST LANE
FLOWER MOUND, TX 75028


PANKAJ PAREKH
25391 MUSTANG DRIVE
LAGUNA HILLS, CA 92653


PRINCIPAL
PO BOX 10372
DES MOINES, IA 50306-0372

SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX
P.O. BOX 898
DOVER, DE  19903

SFC SECURED CREDITORS TRUST
C/O ALAN C. EDERER, ESQ.
WESTERMAN BALL EDERER MILLER
ZUCKER & SHARFSTEIN, LLP
1201 RXR PLAZA
NEW YORK, NY 10010

UNITED HEALTHCARE
PO BOX 94017
PALATINE, IL 60094-4017

WESTERMAN BALL EDERER MILLER
ZUCKER & SHARFSTEIN, LLP
ATTN: ALAN C. EDERER, ESQ.
1201 RXR PLAZA
NEW YORK, NY 10010

WILSON & CO.
34281 DOHENY PARK ROAD#2276
CAPISTRANO BEACH, CA 92624

ZOOMINFO
805 BROADWAY STREET SUITE 900
VANCOUVER, WA 98660