**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SECURITY FIRST CORP.,[1] | ) | Case No. 20-12053(BLS) |
| | ) | |
| Debtor. | ) | |

*AMENDED*[2] **NOTICE OF HEARING AGENDA FOR FIRST DAY MOTIONS SCHEDULED FOR SEPTEMBER 2, 2020 at** *11:00 A.M.* **(PREVAILING EASTERN TIME) BEFORE THE HONORABLE BRENDAN L. SHANNON IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DE 19801**

---

This hearing will be held telephonically via CourtCall and, in certain circumstances, by video via Zoom. **All** parties wishing to appear must do so telephonically by contacting CourtCall, LLC at 866-582-6878[3].

**Only those parties that will be addressing the court should appear by video via zoom in addition to their CourtCall registration.**

To appear via video conference via Zoom parties should use the following instructions:

Join ZoomGov Meeting
https://debuscourts.zoomgov.com/j/1614509191

Meeting ID: 161 450 9191
Passcode: 303241

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

**PLEASE NOTE THAT MICROPHONES ON THE ZOOM MEETING WILL BE MUTED AND THE ONLY AUDIO WILL BE THROUGH COURTCALL.**

---

[1] The Debtor's last four digits of its U.S. federal tax identification number are 6286. The address for the Debtor's headquarters is 27762 Antonio Parkway, Suite L1 #442 Ladera Ranch, CA 92694, although the Debtor no longer maintains a physical office.

[2] *The agenda has been amended at the direction of the Court to change the time of the hearing to 11:00 a.m. (ET).*

[3] The Court will use Zoom for video and CourtCall for audio during the hearing. Any party that wants to participate in the hearing must make arrangements to do so through CourtCall by telephone (866-582-6878) or facsimile (866-533-2946). If you do not make timely arrangements, you may not be able to participate in the Hearing.

## VOLUNTARY PETITION

1. Security First Corp. Voluntary Petition (Case No. 20-12053) [Docket No. 1; Filed August 31, 2020].

## FIRST DAY DELCARATION

2. Declaration of Pankaj Parekh in Support of Debtor's Bankruptcy Filing [Docket No. 3; Filed August 31, 2020].

**Status**: The Declaration will be relied upon as evidentiary support for the first day matters listed below.

## FIRST-DAY MOTIONS GOING FORWARD

3. Debtor's Motion for Entry of an Order (A) Establishing Bar Dates for Filing Proofs of Claim and (B) Approving Form, Manner, and Sufficiency of Notice Thereof [Docket No. 4; Filed August 31, 2020].

**Related Documents:**

(a) Motion for Entry of an Order Shortening Notice on Debtor's Motion for Entry of an Order (A) Establishing Bar Dates for Filing Proofs of Claim and (B) Approving Form, Manner, and Sufficiency of Notice Thereof [Docket No. 6; Filed August 31, 2020].

**Objection Deadline:** Any objections to the motion will be heard at the First Day Hearing.

**Status:** This matter is going forward to the extent that the Court enters the Motion to Shorten Notice filed with respect to this matter.

4. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Payment of Certain Amounts Due to Employees, (II) Authorizing Payment of Withholding and Payroll-Related Taxes, (III) Authorizing the Debtor to Pay Charges Necessary to Continue Health Insurance Benefits; (IV) Confirming Right to Continue Employee Programs on a Postpetition Basis, and (V) Granting Related Relief [Docket No. 5; Filed August 31, 2020].

**Objection Deadline:** Any objections to the motion will be heard at the First Day Hearing.

**Status:** This Matter is going forward.

5. Motion of the Debtor for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ (I) Authorizing Debtor to (A) Obtain Postpetition Secured Financing from ESW Capital, LLC; (B) Utilize Cash Collateral and (C) Pay Certain Related Fees and Charges; (II) Granting Adequate Protection to the Prepetition Lenders; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing and (V) Granting Certain Related Relief [Docket No. 8; Filed August 31, 2020].

**Objection Deadline:** Any objections to the motion will be heard at the First Day Hearing.

**Status:** This Matter is going forward.

6. Debtor's Motion for Entry of (I) an Order (A) Scheduling a Combined Hearing on Approval of Disclosure Statement and Confirmation of Debtor's Plan of Reorganization; (B) Establishing the Deadlines and Procedures for Objections Thereto; (C) Establishing Notice Procedures and (D) Granting Related Relief; and (II) a Second Order (A) Approving the Adequacy of the Disclosure Statement on a Final Basis, (B) Approving the Prepetition Solicitation Procedures; (C) Confirming the Plan and (D) Granting Related Relief [Docket No. 10; Filed August 31, 2020].

**Related Documents:**

(a) Plan of Reorganization [Docket No. 7; Filed August 31, 2020].

(b) Disclosure Statement for the Pre-Packaged Chapter 11 Plan of Reorganization [Docket No. 9; Filed August 31, 2020].

(c) Notice of Filing Exhibit to the Disclosure Statement [Docket No. 11; Filed August 31, 2020].

(d) Notice of Filing Exhibit to the Plan [Docket No. 12; Filed September 1, 2020].

**Objection Deadline:** Any objections to the motion will be heard at the First Day Hearing.

**Status:** This Matter is going forward.

Date: September 1, 2020
Wilmington, DE

SULLIVAN · HAZELTINE · ALLINSON LLC

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
Email:  bsullivan@sha-llc.com
        whazeltine@sha-llc.com

*Proposed Attorneys for the Debtors and Debtors-in-Possession*