IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SECURITY FIRST CORP.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 20-12053 (BLS) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Goulston & Storrs, PC and Morris, Nichols, Arsht & Tunnell LLP hereby enter their appearances (the "Notice of Appearance") in the above-captioned case to represent ESW Capital, LLC, ("ESW Capital"), pursuant to section 1109(b) of title 11 of the United States Code, rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

| **GOULSTON & STORRS, PC** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
|---|---|
| Trevor Hoffmann | Derek C. Abbott (No. 3376) |
| 885 Third Avenue, 18th Floor | 1201 N. Market St., 16th Floor |
| New York, New York 10022 | P.O. Box 1347 |
| Telephone: (212) 878-6900 | Wilmington, Delaware 19899-1347 |
| Facsimile: (212) 728-6911 | Telephone: (302) 658-9200 |
| Email: thoffmann@goulstonstorrs.com | Facsimile: (302) 658-3989 |
| | Email: dabbott@mnat.com |

---

[1]   The Debtor's last four digits of its U.S. federal tax identification number are 6286. The address for the Debtor's headquarters is 27762 Antonio Parkway, Suite Ll #442 Ladera Ranch, CA 92694, although the Debtor no longer maintains a physical office.

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise, that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to (a) the debtor in the above-captioned case (the "Debtor") and any related adversary proceedings, whether currently pending or later commenced; (b) property of the Debtor's estates, or proceeds thereof, in which the Debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtor may seek to use; or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of ESW Capital: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a de novo review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which ESW Capital, or may be entitled to, under

agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

*(Remainder of Page Intentionally Left Blank)*

Dated: September 1, 2020  
Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Draft*
Derek C. Abbott (No. 3376)
1201 N. Market St., 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dabbott@mnat.com

- and -

**GOULSTON & STORRS, PC**
Trevor Hoffmann (*pro hac vice* pending)
885 Third Avenue, 18th Floor
New York, New York 10022
Telephone: (212) 878-6900
Facsimile: (212) 728-6911
Email: thoffmann@goulstonstorrs.com

*Plan Sponsors to ESW Capital, LLC*