| Fill in this information to identify the case: |
| --- |
| Debtor name **Security First Corp.** |
| United States Bankruptcy Court for the:   DISTRICT OF DELAWARE |
| Case number (if known)   **20-12053 (BLS)** |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................... $         **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*................................................................................ $        **39,031.60**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.................................................................................. $        **39,031.60**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $    **14,999,972.10**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $    **254,358.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................ +$    **273,951.48**

4.  Total liabilities ...............................................................................................
    Lines 2 + 3a + 3b             $    **15,528,281.58**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Security First Corp.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **20-12053 (BLS)**

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 2. | **Cash on hand** | | **$0.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **First Citizens Bank of NC** | **Deposit/Payroll** | 0790 | $654.36 |
| 3.2. | **First Citizens Bank of NC** | **Deposit/Revenue** | 0838 | $1,862.27 |
| 3.3. | **First Citizens Bank of NC** | **Deposit/Savings** | 4547 | $0.23 |
| 3.4. | **First Citizens Bank of NC** | **Deposit/Operating** | 0782 | $21,514.74 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $24,031.60 |
   | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Security First Corp.**                                    Case number *(If known)*  **20-12053 (BLS)**
         <sub>Name</sub>

☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☑ Yes Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: |  |  |
|  | **DRC Computer Corporation** |  |  |
| 14.1. | **Cyber Reliant Corp.** | **Book Value** | **$0.00** |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of entity:                                    % of ownership

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

17. **Total of Part 4.**                                                                        **$0.00**
    Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Security First Corp.** | Case number *(If known)* **20-12053 (BLS)** |
|---|---|---|
| | Name | |

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** **See attached list of Intellectual Property** | $0.00 | Book Value | $0.00 |
| 65. **Goodwill** | | | |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☑ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) **NOLs (approximately $150 million face value)** | Tax year _____ unknown |

| Debtor | **Security First Corp.** | Case number *(If known)* | **20-12053 (BLS)** |
|---|---|---|---|
| | Name | | |

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    **Overpayment of Delaware Franchise Tax**           **$15,000.00**

78.  **Total of Part 11.**                            **$15,000.00**

Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Security First Corp.** | Case number *(If known)* | **20-12053 (BLS)** |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $24,031.60 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $15,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $39,031.60 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $39,031.60 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Type of Intellectual Property | Registration # or application serial # | Status | Owning Entity | Country | Issuing Authority |
|---|---|---|---|---|---|
| Patent application | 7,391,865 | Granted | Security First Corp | United States | USPTO |
| Patent application | 9,449,180 | Granted | Security First Corp | United States | USPTO |
| Patent application | 9,613,220 | Granted | Security First Corp | United States | USPTO |
| Patent application | 8,332,638 | Granted | Security First Corp | United States | USPTO |
| Patent application | 9,298,937 | Granted | Security First Corp | United States | USPTO |
| Patent application | CN102664728B | Granted | Security First Corp | China | CNIPA |
| Patent application | CN1833398B | Granted | Security First Corp | China | CNIPA |
| Patent application | HK1217369A1 | Granted | Security First Corp | Hong Kong | IPD |
| Patent application | 8,266,438 | Granted | Security First Corp | United States | USPTO |
| Patent application | 9,177,159 | Granted | Security First Corp | United States | USPTO |
| Patent application | 8,271,802 | Granted | Security First Corp | United States | USPTO |
| Patent application | 9,294,444 | Granted | Security First Corp | United States | USPTO |
| Patent application | 9,935,923 | Granted | Security First Corp | United States | USPTO |
| Patent application | 9,338,140 | Granted | Security First Corp | United States | USPTO |
| Patent application | 9,985,932 | Granted | Security First Corp | United States | USPTO |
| Patent application | 9,047,475 | Granted | Security First Corp | United States | USPTO |
| Patent application | 8,769,699 | Granted | Security First Corp | United States | USPTO |
| Patent application | 9,009,848 | Granted | Security First Corp | United States | USPTO |
| Patent application | 8,904,194 | Granted | Security First Corp | United States | USPTO |
| Patent application | 9,294,445 | Granted | Security First Corp | United States | USPTO |
| Patent application | 9,871,770 | Granted | Security First Corp | United States | USPTO |
| Patent application | 9,135,456 | Granted | Security First Corp | United States | USPTO |
| Patent application | 9,906,500 | Granted | Security First Corp | United States | USPTO |
| Patent application | 9,992,170 | Granted | Security First Corp | United States | USPTO |
| Patent application | 8,009,830 | Granted | Security First Corp | United States | USPTO |

| Type of Intellectual Property | Registration # or application serial # | Status | Owning Entity | Country | Issuing Authority |
|---|---|---|---|---|---|
| Patent application | 8,320,560 | Granted | Security First Corp | United States | USPTO |
| Patent application | 8,644,502 | Granted | Security First Corp | United States | USPTO |
| Patent application | 9,317,705 | Granted | Security First Corp | United States | USPTO |
| Patent application | 10,108,807 | Granted | Security First Corp | United States | USPTO |
| Patent application | 10,452,854 | Granted | Security First Corp | United States | USPTO |
| Patent application | ES2658097T3 | Granted | Security First Corp | Spain | SPTO |
| Patent application | EP1952575B1 | Granted | Security First Corp | | EUROPEAN PATENT OFFICE |
| Patent application | HK1223751A1 | Granted | Security First Corp | Hong Kong | IPD |
| Patent application | 8,787,583 | Granted | Security First Corp | United States | USPTO |
| Patent application | 9,407,431 | Granted | Security First Corp | United States | USPTO |
| Patent application | 9,774,449 | Granted | Security First Corp | United States | USPTO |
| Patent application | 8,155,322 | Granted | Security First Corp | United States | USPTO |
| Patent application | ES2568661T3 | Granted | Security First Corp | Spain | SPTO |
| Patent application | HK1134725A1 | Granted | Security First Corp | Hong Kong | IPD |
| Patent application | HK1134725A1 | Granted | Security First Corp | Hong Kong | IPD |
| Patent application | HK1223463A1 | Granted | Security First Corp | Hong Kong | IPD |
| Patent application | 9,397,827 | Granted | Security First Corp | United States | USPTO |
| Patent application | 8,135,134 | Granted | Security First Corp | United States | USPTO |
| Patent application | 9,098,718 | Granted | Security First Corp | United States | USPTO |
| Patent application | 9,825,927 | Granted | Security First Corp | United States | USPTO |
| Patent application | 8,473,756 | Granted | Security First Corp | United States | USPTO |
| Patent application | 9,215,218 | Granted | Security First Corp | United States | USPTO |
| Patent application | 8,898,464 | Granted | Security First Corp | United States | USPTO |
| Patent application | 8,656,167 | Granted | Security First Corp | United States | USPTO |
| Patent application | ES2449790T3 | Granted | Security First Corp | Spain | SPTO |

| Type of Intellectual Property | Registration # or application serial # | Status | Owning Entity | Country | Issuing Authority |
|---|---|---|---|---|---|
| Patent application | HK1206171A1 | Granted | Security First Corp | Hong Kong | IPD |
| Patent application | 9,064,127 | Granted | Security First Corp | United States | USPTO |
| Patent application | 8,654,971 | Granted | Security First Corp | United States | USPTO |
| Patent application | JP2014238599A | Granted | Security First Corp | Japan | JPO |
| Patent application | JP6120895B2 | Pending | Security First Corp | Japan | JPO |
| Patent application | 9,516,002 | Granted | Security First Corp | United States | USPTO |
| Patent application | 8,745,379 | Granted | Security First Corp | United States | USPTO |
| Patent application | 8,745,372 | Granted | Security First Corp | United States | USPTO |
| Patent application | EP2504973B1 | Granted | Security First Corp | | EUROPEAN PATENT OFFICE |
| Patent application | ES2620962T3 | Granted | Security First Corp | Spain | SPTO |
| Patent application | JP6118778B2 | Granted | Security First Corp | Japan | JPO |
| Patent application | 9,589,148 | Granted | Security First Corp | United States | USPTO |
| Patent application | 9,213,857 | Granted | Security First Corp | United States | USPTO |
| Patent application | 10,068,103 | Granted | Security First Corp | United States | USPTO |
| Patent application | 9,443,097 | Granted | Security First Corp | United States | USPTO |
| Patent application | 8,650,434 | Granted | Security First Corp | United States | USPTO |
| Patent application | ES2676143T3 | Granted | Security First Corp | Spain | SPTO |
| Patent application | EP2553905B1 | Granted | Security First Corp | | EUROPEAN PATENT OFFICE |
| Patent application | CA2795206C | Granted | Security First Corp | Canada | CIPO |
| Patent application | JP2013524352A | Granted | Security First Corp | Japan | JPO |
| Patent application | HK1184285A1 | Granted | Security First Corp | Hong Kong | IPD |
| Patent application | 9,411,524 | Granted | Security First Corp | United States | USPTO |
| Patent application | 9,275,071 | Granted | Security First Corp | United States | USPTO |
| Patent application | ES2584057T3 | Granted | Security First Corp | Spain | SPTO |
| Patent application | 9,529,998 | Granted | Security First Corp | United States | USPTO |

| Type of Intellectual Property | Registration # or application serial # | Status | Owning Entity | Country | Issuing Authority |
|---|---|---|---|---|---|
| Patent application | 9,165,137 | Granted | Security First Corp | United States | USPTO |
| Patent application | ES2581548T3 | Granted | Security First Corp | Spain | SPTO |
| Patent application | EP3029592B1 | Granted | Security First Corp | | EUROPEAN PATENT OFFICE |
| Patent application | EP2606448B1 | Granted | Security First Corp | | EUROPEAN PATENT OFFICE |
| Patent application | 9,785,785 | Granted | Security First Corp | United States | USPTO |
| Patent application | 8,769,270 | Granted | Security First Corp | United States | USPTO |
| Patent application | HK1217834A1 | Granted | Security First Corp | Hong Kong | IPD |
| Patent application | 8,677,148 | Granted | Security First Corp | United States | USPTO |
| Patent application | 10,027,484 | Granted | Security First Corp | United States | USPTO |
| Patent application | 10,432,401 | Granted | Security First Corp | United States | USPTO |
| Patent application | 9,100,186 | Granted | Security First Corp | United States | USPTO |
| Patent application | 7,187,771 | Granted | Security First Corp | United States | USPTO |
| Patent application | 7,577,621 | Granted | Security First Corp | United States | USPTO |
| Patent application | 6,853,988 | Granted | Security First Corp | United States | USPTO |
| Patent application | 9,465,952 | Granted | Security First Corp | United States | USPTO |
| Patent application | 9,015,480 | Granted | Security First Corp | United States | USPTO |
| Patent application | 8,656,189 | Granted | Security First Corp | United States | USPTO |
| Patent application | CN103229450B | Granted | Security First Corp | China | CNIPA |
| Patent application | 9,916,456 | Granted | Security First Corp | United States | USPTO |
| Patent application | ES2680660T3 | Granted | Security First Corp | Spain | SPTO |
| Patent application | EP2834768B1 | Granted | Security First Corp | | EUROPEAN PATENT OFFICE |
| Patent application | HK1209505A1 | Granted | Security First Corp | Hong Kong | IPD |
| Patent application | 10,402,582 | Granted | Security First Corp | United States | USPTO |
| Patent application | 9,881,177 | Granted | Security First Corp | United States | USPTO |
| Patent application | HK1219160A1 | Granted | Security First Corp | Hong Kong | IPD |

| Type of Intellectual Property | Registration # or application serial # | Status | Owning Entity | Country | Issuing Authority |
|---|---|---|---|---|---|
| Patent application | 10,031,679 | Granted | Security First Corp | United States | USPTO |
| Patent application | 9,733,849 | Granted | Security First Corp | United States | USPTO |
| Patent application | 8,494,969 | Granted | Security First Corp | United States | USPTO |
| Patent application | 9,189,777 | Granted | Security First Corp | United States | USPTO |
| Patent application | 9,300,649 | Granted | Security First Corp | United States | USPTO |
| Patent application | 16,658,506 | Granted | Security First Corp | United States | USPTO |
| Patent application | 14/713,792 | Pending | Security First Corp | United States | USPTO |
| Patent application | 16/042,643 | Pending | Security First Corp | United States | USPTO |
| Patent application | 16/127,082 | Pending | Security First Corp | United States | USPTO |
| Patent application | 15/977,748 | Pending | Security First Corp | United States | USPTO |
| Patent application | 16/127,066 | Pending | Security First Corp | United States | USPTO |
| Patent application | 16/587,847 | Pending | Security First Corp | United States | USPTO |
| Patent application | 16/556,909 | Pending | Security First Corp | United States | USPTO |
| Internet domain name | 3/5/2022 | Granted | Security First Corp | United States | GoDaddy |
| Internet domain name | 9/10/2020 | Granted | Security First Corp | United States | GoDaddy |
| Internet domain name | 9/21/2020 | Granted | Security First Corp | United States | GoDaddy |
| Internet domain name | 9/21/2020 | Granted | Security First Corp | United States | GoDaddy |
| Internet domain name | 9/21/2020 | Granted | Security First Corp | United States | GoDaddy |
| Internet domain name | 9/21/2020 | Granted | Security First Corp | United States | GoDaddy |
| Internet domain name | 10/3/2020 | Granted | Security First Corp | United States | GoDaddy |
| Internet domain name | 10/3/2020 | Granted | Security First Corp | United States | GoDaddy |
| Internet domain name | 10/6/2020 | Granted | Security First Corp | United States | GoDaddy |
| Internet domain name | 10/6/2020 | Granted | Security First Corp | United States | GoDaddy |
| Internet domain name | 10/6/2020 | Granted | Security First Corp | United States | GoDaddy |
| Internet domain name | 10/6/2020 | Granted | Security First Corp | United States | GoDaddy |

| Type of Intellectual Property | Registration # or application serial # | Status | Owning Entity | Country | Issuing Authority |
|---|---|---|---|---|---|
| Internet domain name | 10/6/2020 | Granted | Security First Corp | United States | GoDaddy |
| Internet domain name | 10/6/2020 | Granted | Security First Corp | United States | GoDaddy |
| Internet domain name | 10/6/2020 | Granted | Security First Corp | United States | GoDaddy |
| Internet domain name | 10/8/2020 | Granted | Security First Corp | United States | GoDaddy |
| Internet domain name | 10/8/2020 | Granted | Security First Corp | United States | GoDaddy |
| Internet domain name | 10/8/2020 | Granted | Security First Corp | United States | GoDaddy |
| Internet domain name | 10/8/2020 | Granted | Security First Corp | United States | GoDaddy |
| Internet domain name | 10/8/2020 | Granted | Security First Corp | United States | GoDaddy |
| Internet domain name | 10/8/2020 | Granted | Security First Corp | United States | GoDaddy |
| Internet domain name | 10/17/2020 | Granted | Security First Corp | United States | GoDaddy |
| Internet domain name | 10/17/2020 | Granted | Security First Corp | United States | GoDaddy |
| Internet domain name | 10/17/2020 | Granted | Security First Corp | United States | GoDaddy |
| Internet domain name | 10/17/2020 | Granted | Security First Corp | United States | GoDaddy |
| Internet domain name | 12/28/2020 | Granted | Security First Corp | United States | GoDaddy |
| Registered Trademark | 104093-T001-US1 | Granted | Security First Corp | United States | USPTO |
| Registered Trademark | 104093-T002-US1 | Granted | Security First Corp | United States | USPTO |
| Registered Trademark | 104093-T006-US1 | Granted | Security First Corp | United States | USPTO |
| Registered Trademark | 104093-T015-US1 | Granted | Security First Corp | United States | USPTO |
| Registered Trademark | 104093-T016-US1 | Granted | Security First Corp | United States | USPTO |
| Registered Trademark | 104093-T023-US1 | Granted | Security First Corp | United States | USPTO |
| Registered Trademark | 104093-T026-US1 | Granted | Security First Corp | United States | USPTO |
| Registered Trademark | 104093-T027-US1 | Granted | Security First Corp | United States | USPTO |
| Registered Trademark | 104093-T028-US1 | Granted | Security First Corp | United States | USPTO |

**Fill in this information to identify the case:**

Debtor name    **Security First Corp.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **20-12053 (BLS)**

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

| 2.1 | **SFC Secured Creditors Trust** | | |
|---|---|---|---|

Creditor's Name

**c/o Alan C. Ederer, Esq.
Westerman Ball, etc.
1201 RXR Plaza
New York, NY 10010**

Creditor's mailing address

**aederer@westermanllp.com**

Creditor's email address, if known

**Date debt was incurred
Various dates**

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All assets of the Debtor**

**Describe the lien**
**First Priority Perfected**

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$14,999,972.10**

**$0.00**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$14,999,972.10**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

| Fill in this information to identify the case: |
|---|

Debtor name      **Security First Corp.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **20-12053 (BLS)**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Aysegul Berenson**<br>**25391 Mustang Drive**<br>**Laguna Hills, CA 92653** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$59,500.00** | **$13,650.00** |
| Date or dates debt was incurred<br>**2/1/2020** | Basis for the claim:<br>**Payroll Expense** | | |
| Last 4 digits of account number ____<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Pankaj Parekh**<br>**25391 Mustang Drive**<br>**Laguna Hills, CA 92653** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$17,783.00** | **$13,650.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**Compensation** | | |
| Last 4 digits of account number ____<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          55822          Best Case Bankruptcy

| Debtor | **Security First Corp.** | Case number (if known) | **20-12053 (BLS)** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,075.00 | $13,650.00 |
|---|---|---|---|---|
| | **Richard Orsini** | *Check all that apply.* | | |
| | **2100 Kings Forest Lane** | ☐ Contingent | | |
| | **Flower Mound, TX 75028** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Payroll Expense** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160,000.00 | $13,650.00 |
|---|---|---|---|---|
| | **William Crowell** | *Check all that apply.* | | |
| | **41343 Raspberry Drive** | ☐ Contingent | | |
| | **Leesburg, VA 20176** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **1/1/2020** | **Payroll Expense** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $20,309.42 |
|---|---|---|---|
| | **Aon Consulting, Inc. (NJ)** | ☐ Contingent | |
| | **29695 Network Place** | ☐ Unliquidated | |
| | **Chicago, IL 60673-1296** | ■ Disputed | |
| | **Date(s) debt was incurred** 2/3/2020 | Basis for the claim:  **Consulting Services** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Aysegul Berenson** | ■ Contingent | |
| | **25391 Mustang Drive** | ■ Unliquidated | |
| | **Laguna Hills, CA 92653** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Compensation** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $793.06 |
|---|---|---|---|
| | **Global Data Sec** | ☐ Contingent | |
| | **18600 Thundercloud Road** | ☐ Unliquidated | |
| | **Boyds, MD 20841** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | Basis for the claim:  **Consulting Services** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Security First Corp.** | Case number (if known) | **20-12053 (BLS)** |
|---|---|---|---|

Name

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,349.00** |
|---|---|---|---|

**Haley Guiliano LLP**
**75 Broad Street**
**Suite 100**
**New York, NY 10004**

Date(s) debt was incurred  8/14/2020

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Legal Services

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00** |
|---|---|---|---|

**Immix Group**
**EC America Inc.**
**PO BOX 412190**
**Boston, MA 02241**

Date(s) debt was incurred  7/21/2020

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|---|---|---|---|

**Lilling & Company LLP**
**Two Seaview Boulevard**
**Port Washington, NY 11050**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Accounting Services

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00** |
|---|---|---|---|

**Nixon Peabody LLP**
**One Embarcadero Center, 32nd Floor**
**San Francisco, CA 09410-3600**

Date(s) debt was incurred  8/14/2020

Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Legal Services

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pankaj Parekh**
**25391 Mustang Drive**
**Laguna Hills, CA 92653**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Compensation

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Richard Orsini**
**2100 Kings Forest Lane**
**Flower Mound, TX 75028**

Date(s) debt was incurred __

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Compensation

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150,000.00** |
|---|---|---|---|

**Westerman Ball Ederer Miller**
**Zucker & Sharfstein, LLP**
**1201 RXR Plaza**
**Uniondale, NY 11556**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Legal Services

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Security First Corp.** | Case number (if known) | **20-12053 (BLS)** |
|---|---|---|---|
| | Name | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,000.00** |

**Zoominfo**
**805 Broadway Street**
**Suite 900**
**Vancouver, WA 98660**

Date(s) debt was incurred  3/14/2019

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 254,358.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 273,951.48 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 528,309.48 |

**Fill in this information to identify the case:**

Debtor name __**Security First Corp.**__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) __**20-12053 (BLS)**__

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Letter Agreement re Compensation and Release** |
| State the term remaining | |
| List the contract number of any government contract | **Aysegul Berenson<br>25391 Mustang Drive<br>Laguna Hills, CA 92653** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Employee Intellectual Property and Non-Disclosure Agreement dated 3/9/2017** |
| State the term remaining | |
| List the contract number of any government contract | **Aysegul Berenson<br>25391 Mustang Drive<br>Laguna Hills, CA 92653** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Outside Storage of Business Documents** |
| State the term remaining | |
| List the contract number of any government contract | **ExtraSpace Storage<br>30 Terrace Road<br>Ladera Ranch, CA 92694** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Health Insurance Plan** |
| State the term remaining | |
| List the contract number of any government contract | **Guardian<br>PO BOX 677458<br>Dallas, TX 75267-7457** |

| Debtor 1 | **Security First Corp.** | | Case number *(if known)* | **20-12053 (BLS)** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Post-termination agreement with 5-year wind-down** | |
|---|---|---|---|
| | State the term remaining | | **IBM Corporation**<br>**K03/G2C**<br>**650 Harry Road**<br>**San Jose, CA 95120** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Escrow Services** | |
|---|---|---|---|
| | State the term remaining | | **Iron Mountain Intellectual Property Mgt.**<br>**P.O. Box 27128**<br>**New York, NY 10087-7128** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Letter Agreement re Compensation and Release** | |
|---|---|---|---|
| | State the term remaining | | **Pankaj Parekh**<br>**25391 Mustang Drive**<br>**Laguna Hills, CA 92653** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Employee Intellectual Property and Non-Disclosure Agreement dated 7/30/2018** | |
|---|---|---|---|
| | State the term remaining | | **Pankaj Parekh**<br>**25391 Mustang Drive**<br>**Laguna Hills, CA 92653** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Health Insurance Plan** | |
|---|---|---|---|
| | State the term remaining | | **Principal**<br>**PO BOX 10372**<br>**Des Moines, IA 50306-0372** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Letter Agreement re Compensation and Release** | |
|---|---|---|---|
| | State the term remaining | | **Richard Orsini**<br>**2100 Kings Forest Lane**<br>**Flower Mound, TX 75028** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor 1 | **Security First Corp.** | | Case number (*if known*) | **20-12053 (BLS)** |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Employee Intellectual Property and Non-Disclosure Agreement dated 12/20/2013** | |
|---|---|---|---|
| | State the term remaining | | **Richard Orsini** |
| | List the contract number of any government contract _____ | | **2100 Kings Forest Lane Flower Mound, TX 75028** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Health Insurance Plan** | |
|---|---|---|---|
| | State the term remaining | | **United Healthcare** |
| | List the contract number of any government contract _____ | | **PO BOX 94017 Palatine, IL 60094-4017** |

**Fill in this information to identify the case:**

Debtor name **Security First Corp.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **20-12053 (BLS)**

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | Street<br><br>City       State       Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br><br>City       State       Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br><br>City       State       Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City       State       Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case and this filing:

Debtor Name __Security First Corp._____

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (If known): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

 **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☒ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☒ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☒ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☒ *Schedule H: Codebtors (Official Form 206H)*

☒ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐ Amended *Schedule* ____

       *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __9/4/20__    ✗ _____
    MM / DD / YYYY       Signature of individual signing on behalf of debtor

                 Pankaj Parekh
                 Printed name

                 Chief Executive Officer
                 Position or relationship to debtor