IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISCTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SECURITY FIRST CORP.,[1] | ) | Case No. 20-12053 (BLS) |
| | ) | |
| Debtor. | ) | **Related Docket No. 33** |

NOTICE OF FILING OF CERTAIN AMENDMENTS TO
(I) SCHEDULE E/F, PART 2 AND (II) SCHEDULE G

**PLEASE TAKE NOTICE** that, pursuant to Rule 1009(a) of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*"), Rule 1009-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "*Local Rules*"), and the Court's *Order (A) Establishing Bar Dates for Filing Proofs of Claim and (B) Approving Form, Manner, and Sufficiency of Notice Thereof* [Docket No. 25] (the "*Bar Date Order*") entered on September 3, 2020, the above-captioned debtor and debtor in possession (the "*Debtor*") hereby (i) amends Schedule E/F, Part 2 to add the claims set forth on Exhibit 1 ("*Amended Schedule F*"), and (ii) amends Schedule G to add the contract parties as set forth on Exhibit 2 ("*Amended Schedule G*"). Amended Schedule F and Amended Schedule G amend and supplement the Schedules, and do not otherwise supersede or replace the Schedules. For the avoidance of doubt, the claims identified on Amended Schedule F are nonpriority unsecured claims.

**PLEASE TAKE FURTHER NOTICE that, pursuant to the Bar Date Order, the deadline for holders of claims identified on Amended Schedule F (Exhibit 1) that dispute the**

---

[1] The Debtor's last four digits of its U.S. federal tax identification number are 6286. The address for the Debtor's headquarters is 27762 Antonio Parkway, Suite L1 #442 Ladera Ranch, CA 92694, although the Debtor no longer maintains a physical office.

**amount or classification of their scheduled claim to file a Proof of Claim shall be October 14, 2020 (the "*Amended Scheduled Bar Date*"). Under the Bar Date Order, any holder of a claim against the Debtor, other than those not required to file a proof of claim pursuant to the terms of the Bar Date Order, who fails to file a proof of such claim in accordance with the Bar Date Order on or before the Amended Scheduled Bar Date, shall not be treated as a creditor with respect to such claim for the purposes of voting and distribution in these chapter 11 cases.**

All rights of the Debtor and its estate to (i) object to any proof of claim on any grounds, (ii) dispute, or assert offsets or defenses to, any claim reflected on the Schedules, or any amendments thereto, including the Amended Scheduled Claims and Amended Executive Contracts, as to amount, liability, priority, classification, or otherwise, and (iii) subsequently designate any claim as disputed, contingent, unliquidated, or undetermined are reserved. In addition, the Debtor and its estate reserves its right to further amend its Schedules, including with respect to the claims addressed herein, in accordance with the Bankruptcy Rules, the Local Rules, and the Bar Date Order.

Date: September 29, 2020　　　　　　**SULLIVAN · HAZELTINE · ALLINSON LLC**
　　　　Wilmington, DE

　　　　　　　　　　　　　　　　　　　 */s/ William A. Hazeltine*
　　　　　　　　　　　　　　　　　　　William D. Sullivan (No. 2820)
　　　　　　　　　　　　　　　　　　　William A. Hazeltine (No. 3294)
　　　　　　　　　　　　　　　　　　　919 North Market Street, Suite 420
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　Tel: (302) 428-8191
　　　　　　　　　　　　　　　　　　　Fax: (302) 428-8195
　　　　　　　　　　　　　　　　　　　Email: bsullivan@sha-llc.com
　　　　　　　　　　　　　　　　　　　　　　　 whazeltine@sha-llc.com

　　　　　　　　　　　　　　　　　　　*Proposed Counsel for the Debtor*
　　　　　　　　　　　　　　　　　　　*and Debtor-in-Possession*

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Security First Corp. |
| United States Bankruptcy Court for the: | District of Delaware (State) |
| Case number (If known) | 20-12053 (BLS) |

☒ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br><br>_____<br>_____<br>_____<br><br>Date or dates debt was incurred<br><br>_____<br><br>Last 4 digits of account number ___ ___ ___ ___<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>_____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $_____ | $_____ |
| **2.2** Priority creditor's name and mailing address<br><br>_____<br>_____<br>_____<br><br>Date or dates debt was incurred<br><br>_____<br><br>Last 4 digits of account number ___ ___ ___ ___<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>_____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $_____ | $_____ |
| **2.3** Priority creditor's name and mailing address<br><br>_____<br>_____<br>_____<br><br>Date or dates debt was incurred<br><br>_____<br><br>Last 4 digits of account number ___ ___ ___ ___<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____) | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>_____<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | $_____ | $_____ |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 228.19 |
|---|---|---|---|
| | American Express<br>P.O. Box 0001<br>Los Angeles, CA 90096-8000 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 0.00 |
|---|---|---|---|
| | Colonial Life & Accident Company - Life Insurance Policy<br>Processing Center<br>P.O. Box 1365<br>Columbia, SC 29202-1365 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 0.00 |
|---|---|---|---|
| | IBM Corporation<br>K03G2C<br>650 Harry Road<br>San Jose, CA 95120 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 0.00 |
|---|---|---|---|
| | The UPS Store—Mailbox Agreement<br>27762 Antonio Pkwy, Ste L1,<br>Ladera Ranch, CA 92694-1141 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ 1,200.00 |
|---|---|---|---|
| | Wilson & Co.<br>34281 Doheny Park Road, #2276<br>Capistrano Beach, CA 92624 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $ _____ |
|---|---|---|---|
| | _____ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___ | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |

Debtor _____    Case number (if known)_____
        Name

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|   |   | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ _____ |
| 5b. Total claims from Part 2 | 5b. + | $ 1,428.19 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 1,428.19 |

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 3 of 3

**Fill in this information to identify the case:**

Debtor name: Security First Corp.

United States Bankruptcy Court for the: District of Delaware (State)

Case number (If known): 20-12053 (BLS)    Chapter 11

☒ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   - ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Life Insurance Policy | Colonial Life & Accident Company<br>Processing Center<br>P.O. Box 1365<br>Columbia, SC 29202-1365 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Mailbox Agreement | The UPS Store<br>27762 Antonio Pkwy, Ste L1<br>Ladera Ranch, CA 92694-1141 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Base Agreement | IBM Corporation<br>K03G2C<br>650 Harry Road<br>San Jose, CA 95120 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Official Form 206G    Schedule G: Executory Contracts and Unexpired Leases    page 1 of 2

**Fill in this information to identify the case and this filing:**

Debtor Name: Security First Corp.

United States Bankruptcy Court for the District of Delaware

Case number (if known): 20-12053 (BLS)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.



### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation, a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets—Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☒ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☒ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☒ Amended Schedule ____
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/29/2020
MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

Pankaj Parekh
Printed name

Chief Executive Officer
Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors