**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| SECURITY FIRST CORP.,[1] | ) |
| | ) Case No. 20-12053 (BLS) |
| Debtor. | ) **Objection Deadline: November 10, 2020** |
| | **Hearing Date: To Be Determined** |

**SUPPLEMENTAL NOTICE TO COUNTERPARTY TO EXECUTORY CONTRACT THAT THE DEBTOR INTENDS TO ASSUME IN CONNECTION WITH CONFIRMATION OF DEBTOR'S PLAN OF REORGANIZATION AND PROPOSED CURE COST IN CONNECTION THEREWITH**

**PLEASE TAKE NOTICE** that on August 31, 2020, debtor Security First Corp. (the "Debtor") filed with the United States Bankruptcy Court, District of Delaware (the "Bankruptcy Court") the *Debtor's Motion for Entry of (I) an Order (A) Scheduling a Combined Hearing on Approval of Disclosure Statement and Confirmation of Debtor's Plan of Reorganization; (B) Establishing the Deadlines and Procedures for Objections Thereto; (C) Establishing Notice Procedures and (D) Granting Related Relief; and (II) a Second Order (A) Approving the Adequacy of the Disclosure Statement on a Final Basis, (B) Approving the Prepetition Solicitation Procedures; (C) Confirming the Plan and (D) Granting Related Relief* (the "Procedures Motion") [Docket No. 10];

**PLEASE TAKE FURTHER NOTICE** that, on September 3, 2020, the Bankruptcy Court entered an order granting the Procedures Motion (the "Procedures Order") [Docket No. 27], which, among other things, established procedures that govern the approval of the *Disclosure Statement for Pre-Packaged Plan of Reorganization of Security First Corp. Dated August 29, 2020* [Docket No. 9] (as may be amended from time to time, the "Disclosure Statement") and confirmation of the *Pre-Packaged Plan of Reorganization of Security First Corp. Dated August 29, 2020* [Docket No. 7] (as may be amended from time to time, the "Plan").[2]

**PLEASE TAKE FURTHER NOTICE** on October 16, 2020, the Bankruptcy Court entered its *Findings of Fact, Conclusions of Law and Order Approving the Disclosure Statement on a Final Basis and Confirming the First Amended Pre-Packaged Plan of Reorganization of Security First Corp. Dated as of October 13, 2020* (the "Confirmation Order") [Docket No. 96].

**PLEASE TAKE FURTHER NOTICE** that, in connection with confirmation of the Plan, the Debtor seeks to assume an executory contract between the Debtor and Amazon Web Services, Inc. (the "AWS Contract"). The Debtor has conducted a review of its books and records and has determined the amounts that must be paid and obligations that otherwise must be performed or

---

[1] The Debtor's last four digits of its U.S. federal tax identification number are 6286. The address for the Debtor's headquarters is 27762 Antonio Parkway, Suite L1 #442 Ladera Ranch, CA 92694, although the Debtor no longer maintains a physical office.

[2] Unless otherwise defined herein, capitalized terms shall have the meaning ascribed to them in the Plan.

8

satisfied pursuant to section 365(b)(1) of the Bankruptcy Code in connection with the assumption of any Assumed Contract is as set forth on **Exhibit A** attached hereto (the "Cure Cost").

**PLEASE TAKE FURTHER NOTICE** that the non-debtor counterparty to the AWS Contract may obtain information regarding adequate assurance of the Debtor's future performance by notifying Debtor's counsel, Sullivan Hazeltine Allinson LLC, 919 North Market Street, Suite 420, Wilmington, DE 19801, Attn: William A. Hazeltine, Telephone: (302) 428-8191, Facsimile: (302) 428-8195, E-mail: whazeltine@sha-llc.com (the "Request for Adequate Assurance Information").

**PLEASE TAKE FURTHER NOTICE that, if you disagree with the proposed Cure Cost, object to the proposed assumption of the AWS Contract, or object to the Debtor's ability to provide adequate assurance of future performance with respect to the AWS Contract, you must file an objection with the Clerk of the Bankruptcy Court, 824 N. Market Street, Third Floor, Wilmington, Delaware 19802 and serve the objection upon the following or before 4:00 p.m. prevailing Eastern Time on November 10, 2020 (the "Objection Deadline"):**

(a) Counsel for the Debtor, Sullivan Hazeltine Allinson LLC, 919 North Market Street, Suite 420, Wilmington, DE 19801 c/o William D. Sullivan and William A. Hazeltine (bsullivan@sha-llc.com and whazeltine@sha-llc.com);

(b) Counsel to ESW Capital, LLC, Goulston & Storrs PC, 885 Third Avenue, 18th Floor, New York, NY 10022, c/o Trevor Hoffmann, Esq. (thoffmann@goulstonstorrs.com);

**PLEASE TAKE FURTHER NOTICE that if no objection to the assumption of the AWS Contract is made by the Objection Deadline, (i) the Debtor will assume the AWS without further order of the Bankruptcy Court, (ii) you will be deemed to have stipulated that the Cure Cost as determined by the Debtor is correct, (iii) you shall be forever barred, estopped, and enjoined from asserting any additional amount as a Cure Cost under the AWS Contract, and (iv) you will be forever barred, estopped, and enjoined from objecting to the assumption of the AWS Contract or the Debtor's adequate assurance of future performance.**

**PLEASE TAKE FURTHER NOTICE** that the Cure Cost, if any, shall be satisfied by payment of the Cure Cost as soon as reasonably practicable after the Effective Date of the Plan. In addition, the assumption the AWS Contract may be conditioned upon the disposition of all issues with respect to AWS Contract.

**PLEASE TAKE FURTHER NOTICE** that, in the event of a dispute regarding: (a) the amount of the Cure Cost; (b) the ability of the Debtor to assume the AWS Contract (c) adequate assurance of the Debtor's ability to perform the obligations under the AWS Contract (within the meaning of section 365 of the Bankruptcy Code); or (d) any other matter pertaining to assumption of the AWS Contract, the Cure Cost shall be paid as soon as reasonably practicable following the entry of a final order resolving the dispute and approving the assumption of the AWS Contract; provided, however, that the Debtor may settle any such dispute without any further notice to or action, order, or approval of the Court. Any objections to the assumption of the AWS Contract that are not consensually resolved will be heard at hearing to be held at a date and time determined by the Bankruptcy Court.

**PLEASE THAT FURTHER NOTICE** that**,** notwithstanding anything herein, this Notice shall not be deemed to be an assumption, adoption, rejection, or termination of the AWS Contract. Moreover, the Debtor explicitly reserves its rights, in its sole discretion, to seek to reject or assume the AWS Contract pursuant to section 365 of the Bankruptcy Code, and nothing herein (a) alters in any way the prepetition nature of the AWS Contract against the Debtor that may arise under the AWS Contract, (b) creates a postpetition contract or agreement, or (c) elevates to administrative expense priority any claims under the AWS Contract.

Date: October 27, 2020
      Wilmington, Delaware

**SULLIVAN · HAZELTINE · ALLINSON LLC**

*/s/ William A. Hazeltine*
_____
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, DE  19801
Tel: (302) 428-8191
Fax: (302) 428-8195
Email: bsullivan@sha-llc.com
       whazeltine@sha-llc.com

*Attorneys for Debtor and Debtor in Possession*

4

**EXHIBIT A**

| Counterparty Name | Description of Executory Contract | Cure Cost |
|---|---|---|
| Amazon Web Services, Inc. 410 Terry Ave North Seattle, WA 98109-5210 | AISPL Customer Agreement | $0.00 |