**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SECURITY FIRST CORP.,[1] | ) | Case No. 20-12053 (BLS) |
| | ) | |
| Debtor. | ) | **Related Docket Nos. 86 and 96** |

**NOTICE OF (I) ENTRY OF CONFIRMATION ORDER; (II) OCCURRENCE
OF PLAN EFFECTIVE DATE; AND (III) DEADLINE FOR FILING (A)
REQUESTS FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS; (B)
PROFESSIONAL FEE APPLICATIONS; AND (C) CLAIMS FOR
DAMAGES RELATING TO EXECUTORY CONTRACTS
AND UNEXPIRED LEASES REJECTED PURSUANT TO THE PLAN**

**PLEASE TAKE NOTICE** of the following:

1.  Confirmation of Plan:  On October 16, 2020, the United States Bankruptcy Court for the District of Delaware entered its Findings of Fact, Conclusions of Law and Order (the "Confirmation Order") [Docket No. 96] confirming the *First Amended Pre-Packaged Plan of Reorganization of Security First Corp. Dated as of October 13, 2020* (the "Plan") [Docket No. 86].[2]  Copies of the Plan, the Confirmation Order and all exhibits thereto may be obtained by contacting Debtor's counsel at the address, email address, and/or phone number listed below.

2.  Occurrence of Effective Date:  The Plan became effective as of October 30, 2020 (the "Effective Date").  On the Effective Date, among other things, all Estate Property other than the Distribution Trust Assets vested in the Reorganized Debtor free and clear of all Liens, Claims, interests, and encumbrances of any kind, except as otherwise provided in the Plan.  Except as otherwise expressly provided by the Plan or the Confirmation Order, upon the Effective Date, the Debtor and its estate will be deemed discharged and released under and to the fullest extent provided under section 1141(d)(1)(A) and other applicable provisions of the Bankruptcy Code

---

[1] The Debtor's last four digits of its U.S. federal tax identification number are 6286. The address for the Debtor's headquarters is 27762 Antonio Parkway, Suite L1 #442 Ladera Ranch, CA 92694, although the Debtor no longer maintains a physical office.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

from any and all Claims and Interests of any kind or nature whatsoever, including, but not limited to, demands and liabilities that arose before the Confirmation Date, and all debts of the kind specified in section 502(g), 502(h), or 502(i) of the Bankruptcy Code.

3. <u>Indemnification; Releases; Exculpation; Injunction</u>. The indemnification provisions in Section 8.6 and the exculpation, releases, and injunction provisions in Article XI of the Plan are now in full force and effect.

4. <u>Deadline to File Requests for Payment of Administrative Expense Claims</u>. Pursuant to Section 4.1 of the Plan, the deadline for Holders of Administrative Expense Claims to file Requests for Payment of Administrative Expense Claims is December 1, 2020, which is at least thirty (30) days after service of this Notice. To be timely, such Requests for Payment of Administrative Expense Claims must be **received by such deadline** by the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, DE 19801.

5. <u>Deadline to File Professional Fee Applications</u>: Pursuant to Section 4.2 of the Plan, the deadline for Professionals or other entities seeking an award from the Bankruptcy Court for compensation for services rendered and/or reimbursement of expenses through and including the Effective Date under Sections 503(b)(2), 503(b)(3), 503(b)(4) or 503(b)(5) of the Bankruptcy Code to file final applications for compensation for services rendered and reimbursement of expenses is December 1, 2020, which is at least thirty (30) days after service of this Notice.

6. <u>Deadline for Filing Claims Relating to Executory Contracts and Unexpired Leases Rejected Pursuant to the Plan</u>. Pursuant to Section 8.5 of the Plan, the Deadline to file proofs of claims for damages arising from the rejection of an Executory Contract or Unexpired Lease rejected pursuant to the Plan is December 1, 2020, which is at least thirty (30) days after service of this Notice. To be timely, such proof of claim must be **received by such deadline** by the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, DE 19801. A proof

of claim form may be obtained free of charge from the following website https://www.uscourts.gov/forms/bankruptcy-forms/proof-claim-0, or by requesting the same from the attorneys listed at the end of this notice. Absent order of the Bankruptcy Court to the contrary, Holders of Claims not timely filed pursuant to Section 8.5 of the Plan will not be entitled to any distribution under the Plan on account of such Claims.[3]  All executory contracts and unexpired leases not previously assumed or identified in the *Notice to Counterparty to Executory Contract that May be Assumed and Assigned to the Distribution Trust in Connection with Confirmation of the Debtor's Plan of Reorganization* filed on October 6, 2020 [Docket No. 82] and the *Supplemental Notice to Counterparty to Executory Contract that the Debtor Intends to Assume in Connection with Confirmation of the Debtor's Plan of Reorganization* filed on October 27, 2020 [Docket No. 100] are being rejected pursuant to the Plan.

---

[3] The right to file a proof of Claim on account of such deemed rejection is not intended, nor shall it be deemed, to extend the time period for filing proofs of Claim for damages with respect to any executory contract or unexpired lease rejected by the Debtor prior to the Effective Date.

**PLEASE TAKE FURTHER NOTICE THAT** any party who wishes to continue to receive notices in this case must provide their email address to the Reorganized Debtor by emailing the following: Sullivan Hazeltine Allinson LLC, counsel for the Debtor, 919 North Market, Suite 420, Wilmington, DE 19801, Attn: William A. Hazeltine (whazeltine@sha-llc.com and Goulston & Storrs PC, counsel to the Reorganized Debtor, 885 Third Avenue, 18th Floor, New, York, NY 10022, Attn: Trevor R. Hoffmann (thoffmann@goulstonstorrs.com).

| | |
|---|---|
| Dated: October 30, 2020<br>Wilmington, Delaware | **SULLIVAN • HAZELTINE • ALLINSON LLC**<br><br>*William A. Hazeltine*<br>_____<br>William D. Sullivan (No. 2820)<br>William A. Hazeltine (No. 3294)<br>919 North Market Street, Suite 420<br>Wilmington, DE  19801<br>Tel: 302.428.8191<br>Fax: 302.428.8195<br>Email:  bsullivan@sha-llc.com<br>            whazeltine@sha-llc.com<br><br>*Counsel for the Debtor and Debtor in Possession* |